ISAAC ROSENBERG v. ANNE CHAZEN.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WORKERS UNITY HOUSE, INC., and Others v. INTERNATIONAL UNION BANK and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSELAND BOOTERY, INC., v. MILLER SAW-TRIMMER CO., INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARGARET GOLDMAN v. GEORGE A. CARDEN and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of AMERICAN PHENIX CORPORATION, a General Stockholder in NEW YORK HAMBURG CORPORATION, for the Appointment of Appraisers to Appraise the Value of Its Stock.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE GREY ADVERTISING SERVICE, INC., v. YBRY CO., INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM B. MAY, JR., v. CHARLES NESSLER.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SALON DE TROUSSEAUX, INC., et al., v. BROOKLYN TRUST COMPANY, AARON L. JACOBY, Sheriff of the County of Kings, et al.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of MARTIN'S SECURITIES CO., INC., against JAMES J. WALKER and Others. BROOKLYN DAILY EAGLE, Intervenor, Respondent.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of EMILY A. MAXWELL, Deceased.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GOTHAM MUSIC SERVICE, INC., and Another v. DENTON AND HASKINS MUSIC PUBLISHING CO., INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SIDNEY BLUMENTHAL & CO., INC., v. MAX OLTARSH and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAX MELTZER v. THE HAUSMAN & WIMMER COMPANY, a Foreign Corporation.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY MURPHY and Another v. FUTURE TAXI CORPORATION.— Motion denied and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIAN ROBERTS, INC., v. THE CONNECTICUT FIRE INSURANCE COMPANY OF HARTFORD, STATE OF CONNECTICUT.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.